United States District Court
Southern District of Texas
**ENTERED**
April 17, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEFAN MOISIUC, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 4:18-CV-324 |
| ARGENT MORTGAGE COMPANY, LLC, *et al*, | § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation filed on February 5, 2018, it is hereby ORDERED that this action be dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is so ORDERED. 04/16/2018.

_____
The Honorable Alfred Bennett
United States District Judge